

FILED
AUG 13 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 20 CR 441 |
| | ) Title 18, United States Code, |
| | ) Sections 1344 and 1349 |
| BLESSING ADELEKE, | ) |
|    aka BLESSING RAYMOND, | ) |
|    aka PURI JOHANNES, | ) |
|    aka DetectedBits, | ) JUDGE GWIN |
|    aka DetecteD, | ) |
|    aka D, | ) |
| KYLIE ANN HARLOW, | ) |
| Defendants. | ) |

### COUNT 1
(Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349)

The Grand Jury charges:

1. During all times relevant to this Indictment, "Carding" referred to the general concept of purchasing retail items with counterfeit credit cards or stolen credit card information.

2. A "Carder" was a term that a member of a carding organization used to describe themselves.

3. A "Dropper" referred to an individual able to securely receive and then forward goods obtained via carding or other types of fraud, or convert those goods to currency to then be forwarded to others. Droppers were compensated either in cash or through a one-to-one arrangement in which the Carder must ship two carded items to the Dropper in return for the Dropper sending one of the items on to the Carder.

4. A credit card or debit card was programmed with a magnetic strip on the back of the card with the account holder's account number, name, and the expiration date for the account and authorizes the person named on the credit card to make charges for which they will be billed periodically by the card issuer. For purposes of this indictment, credit cards were issued and serviced by the financial institutions noted below in Paragraphs 8 and 10 of this Indictment.

5. A debit card looked like and contained the same information as a credit card, but withdrew the money immediately from the card holder's affiliated bank account.

6. "Fullz" was a term used by carders to refer to a complete set of information on a prospective fraud victim. Fullz typically included the victim's full name and billing address; credit card number, expiration date and card security code; as well as their Social Security number and birth date.

7. "Dumps" were unauthorized digital copies of the information contained in the magnetic strip of an active credit card, such as the card number and expiration date. Dumps could be used to create a fake credit card to make purchases.

8. Key Bank was a financial institution, within the meaning of Title 18, United States Code, Section 20, whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC), and was located within the Northern District of Ohio.

9. Directions Credit Union was a financial institution, within the meaning of Title 18, United States Code, Section 20, whose deposits were insured by the National Credit Union Administration (NCUA), and was located within the Northern District of Ohio.

10. Capital One Bank, Citibank, J.P. Morgan Chase Bank, Fifth Third Bank, First Merit Bank, Huntington National Bank, UMB Bank and WoodForest Bank were financial institutions, within the meaning of Title 18, United States Code, Section 20, whose deposits were insured by the FDIC.

11. PayPal, Inc. (PayPal) was an online payment company headquartered in San Jose, California. PayPal operated an online payment system, which allowed customers to make online money transfers to merchants and other individuals. PayPal customers could conduct a variety of online financial transactions, including sending and receiving electronic payments, conducting online money transfers and making electronic deposits to bank accounts linked to PayPal accounts.

12. In order to set up a PayPal account, a customer was required to access the PayPal website and electronically submit various items of personal information such as name, an email address, phone number, and bank account information to be linked to the PayPal account. Customers could link their PayPal account to bank accounts at banks that were federally insured.

13. Defendant BLESSING ADELEKE, aka BLESSING RAYMOND, aka PURI JOHANNES, aka DetectedBits, aka DetecteD, aka D, was a national of Nigeria. ADELEKE was an administrator of the Shad0w.info carding forum and was a carder.

14. Defendant KYLIE ANN HARLOW was a citizen of the United States of America and resided in New York and Pennsylvania. HARLOW was a dropper working in conjunction with ADELEKE.

15. Co-Conspirator 1 (CC1) was an individual residing in Glendale, West Virginia.

16. Co-Conspirator 2 (CC2) was an individual residing in the Netherlands.

17. Co-Conspirator 3 (CC3) was an individual known to the Grand Jury.

18. Co-Conspirator 4, 5, 6, 7, 8, 9, 10, and 11 (CC4, CC5, CC, CC7, CC8, CC9, CC10, CC11) were droppers working in conjunction with ADELEKE and HARLOW.

19. Shad0w.info was an online marketplace where vendors of compromised data – such as credit card numbers, online accounts, or personally identifiable information (PII) – sold that compromised data to buyers to use for financial gain.

20. Some of the items listed for sale in Shad0w.info included user accounts at Amazon, eBay, Match.com, PayPal, email/password combinations from accounts from the United States and United Kingdom, credit cards including American Express, MasterCard, and Visa.

21. Shad0w.info forum also listed for sale the credit card information for individual victims with addresses in the Northern District of Ohio, Eastern Division, including addresses in Painesville, Mayfield Heights, and Lakewood, Ohio.

## THE SCHEME TO DEFRAUD

22. From in or around January 2014 through October 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, ADELEKE, HARLOW, and others known and unknown to the Grand Jury, devised and intended to devise a scheme to defraud and stole money and property from unsuspecting victims and their financial institutions located in the United States through the use of the Shad0w.info forum (the "Scheme").

## STATUTORY ALLEGATIONS

23. From in or around January 2014 and continuing through in or around October 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, ADELEKE, HARLOW, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1349, to wit, to knowingly and willfully devise and execute, and attempt to execute, a scheme and artifice to defraud a financial institution, as defined in Title 18, United States Code, Section 20, and to obtain moneys and funds under the custody and control of financial institutions by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

## Objects of the Conspiracy

24. The objects of the conspiracy included:

   a. Using interstate and foreign wire transmissions to obtain credit card and debit card numbers of victims without their authorization or consent;

   b. Using the captured credit and debit card numbers to make fraudulent and unauthorized purchases of retail goods and gift cards, which were funded by and derived primarily from banks (located in the Northern District of Ohio and elsewhere) that had originally issued the stolen credit and debit card numbers;

   c. Returning some of those unauthorized purchases to banks and retail stores to obtain cash;

   d. Stealing funds from victims' bank accounts; and

   e. Forwarding criminal proceeds, including retail goods and gift cards acquired through the use of stolen credit and debit cards, to foreign recipients for their personal benefit and enrichment.

## Manner and Means of the Conspiracy

It was part of the conspiracy that:

25. ADELEKE, CC1 and CC2 served as administrators of the Shad0w.Info forum.

26. The Defendants and others known and unknown to the Grand Jury used the Shad0w.info forum to find and trade stolen credit card information.

27. After the Defendants obtained stolen credit card information, they harvested credit card numbers, Bank Identification Numbers ("BINs"), and any other data possible, including names of the account holders or PIN numbers for the credit cards.

28. The Defendants then used the stolen card information to purchase items for themselves, including retail goods and gift cards.

29. ADELEKE shared this credit card information with others, including HARLOW, on the Internet through ICQ, FaceBook Messenger, email, and other social media applications.

30. ADELEKE communicated with HARLOW and other co-conspirators over ICQ, FaceBook Messenger, email and other social media applications about obtaining and using unauthorized credit cards to purchase items and gift cards.

31. The Defendants then shipped retail goods and gift cards purchased with stolen card information to droppers, including HARLOW and CC4.

32. In some cases, HARLOW and CC4 converted the retail goods and gift cards to cash by returning them to retail stores for cash.

33. In some cases, HARLOW and CC4 would forward the retail goods to another dropper provided by ADELEKE.

34. The Defendants eventually forwarded the retail goods, gift cards and currency, either by shipping or through electronic funds transfers, to members of the conspiracy for their personal enrichment.

**Acts in Furtherance**

35. In furtherance of the conspiracy, and to effect the objects thereof, the Defendants and others known and unknown to the Grand Jury committed the following acts, among others, in the Northern District of Ohio and elsewhere.

36. On or about April 1, 2015, HARLOW and CC4 had the following conversation:

| HARLOW | Okay :) I'm shopping lol D told me to |
| CC4 | Perrrrfect lol D definitely loves you |
| HARLOW | Hmm asking for a new card since this one isn't working |
| CC4 | Not yet. Can't find that damn check |
| HARLOW | Waiting on D |

| CC4 | Wonder if I could pay my labtop with a card like that |
|---|---|
| HARLOW | What card? |
| CC4 | With any card |
| HARLOW | I think they might catch you on that |
| HARLOW | Cause they can track you on that one BUT don't worry. I'll give you enough for two payments. Then we will get you enough to pat it all off okay? |
| HARLOW | [screenshot showing an approximately $1,300 deposit into a bank account] |
| CC4 | Holy shit |
| HARLOW | What? |
| CC4 | I didn't know if it would work but looks like it did |
| HARLOW | Gonna need to get a notebook for you, a few downloaded things. I'm gonna teach you how to do it :) so you will never have to worry bout paying anything |
| CC4 | I'm so excited :) |

37. On or about April 2, 2015 and continuing to April 3, 2015, HARLOW sent the following messages to CC4:

| HARLOW | D figured out something bad ass. Text me |
|---|---|
| HARLOW | Lol D wants me to wait till the first goes through then do another one :) but our cart is ready and then I have another card lol |

38. On or about April 30, 2015, ADELEKE advertised the following on his FaceBook page:

Good news guys!! join the best shops now and enjoy purchasing your rdp/cc/cpanel/shell and alot of stuff!! http://shad0w.info/ note we are new and we are still adding more accounts to shop

39. On or about May 14, 2015, HARLOW and CC4 had the following conversation:

| HARLOW | Soooo we need to find a place to sell a watch |
|---|---|
| HARLOW | [Picture of a Movado wristwatch] |
| CC4 | Holy tits! Where did you get that |
| HARLOW | Got it in the mail today. Its worth $600. Have to sell it to send out D's inverters |

40. On or about May 20, 2015, HARLOW sent CC4 messages stating, "Iphone getting sent to you as well. It got canceled cause I told D to but it didnt work cause I just checked it. It [w]ill probably be there when your dad takes you to leave so have wayne look for it. I'm

7

chewing D a new asshole. Telling him to kill your address on sending shit. Good thing is you can keep the $$ you get for it."

41. On or about May 20, 2015, HARLOW and CC4 engaged in the following conversation concerning a laptop that ADELEKE had sent them:

| CC4 | Thought you were paw[n]ing the la[p] top? |
| HARLOW | No point. Need the laptop to do the pop money |
| CC4 | Then how are we gonna get money for the logs? D said he'd send you another one |
| HARLOW | I got the password for D's VIP72 so that when we are ready we can just do it quick. Also I can help you set your Pop money accounts |
| HARLOW | You need a main one and also a few bogus ones, that go to prepaid cards. Make some bogus names and have those linked |
| CC4 | And D is tweaking |
| CC4 | Lol tell D we need cards! |
| HARLOW | Also D sending us checks |
| HARLOW | Duh. I got to run a few wus for D so we have to do that too |

42. On or about June 8, 2015, ADELEKE issued and caused to be issued unauthorized checks from the Key Bank account of W.C.M., a resident of Pepper Pike, Ohio, to the following co-conspirators, each check being a separate act in furtherance of the conspiracy:

|    | To | Amount |
|----|----|--------|
| a. | HARLOW | $1,000 |
| b. | HARLOW | $1,300 |
| c. | CC4 | $1,300 |
| d. | CC4 | $1,100 |
| e. | CC5 | $1,100 |
| f. | CC5 | $1,300 |
| g. | CC6 | $1,240 |
| h. | CC6 | $1,040 |
| i. | CC7 | $1,300 |
| j. | CC7 | $1,100 |
| k. | CC8 | $1,300 |
| l. | CC9 | $1,300 |
| m. | CC9 | $1,100 |
| n. | CC10 | $1,300 |
| o. | CC11 | $1,100 |
| p. | CC11 | $1,300 |

43. On or about June 11, 2015, HARLOW and CC4 had the following conversation:

| CC4 | What's carding mean? Lol D was asking me if I knew how |
| HARLOW | Lol like using ppl cards on wish.com and shit |
| HARLOW | That's carding |
| CC4 | Eeeee I'm so excited lol |
| HARLOW | Just make sure you use all their info, make your name different and send it to your address |
| CC4 | He gave me the info |
| CC4 | United States [Personal information of A.S. in New York, NY] |

44. On or about June 18, 2015, ADELEKE and HARLOW engaged in the following conversation:

| ADELEKE | take picture of the check left on ur name |
| ADELEKE | take the picture and write my name on a small piece of papper then put it at the side |
| HARLOW | Okay |
| ADELEKE | now |
| HARLOW | Okay! Hold on! |
| ADELEKE | so the other one u spent all the money ? |
| HARLOW | Already said I did. Carley and I both went today to cash those and send them out. They were declined |
| HARLOW | I've been trying since you told me to send it out |
| HARLOW | Now I know why it didn't work |
| HARLOW | And yes [Western Union] did tell me about the fraud in Ghana too |

During the above conversation, HARLOW sent ADELEKE a picture of a Key Bank check from the account of W.C.M. for approximately $1,000 next to a written note with the word "DetecteD" on it.

45. On or about June 19, 2015, ADELEKE made the following comment on FaceBook:

> To all Shad0w.info members. Good News New fresh high balance GOLD CCV added to shop now!!and CC fullz Plus strong cpanel,shell,and all type of accounts like amazon, walmart, apple, ebay, aliexpress, craiglist, discover, match.com, eharmony, fedex, ups and many more. and gold dumps!! visit http://shad0w.info/ now to find out more for yourself. All classic stuff and 1000% valid. We hope enjoy our service.

9

46. On or about June 23, 2015, ADELEKE advertised the following on his FaceBook page:

I want to introduce a new best shopping outlet service - http://shad0w.info The owners are in the market for some years. the accounts and stuff has been established a reputation as high-qualified and we're following the admissible pricing policy.

They resppect and hold there customers in high respect.

**Peculiarities of our service:**

- High-percent valid.
- Many Differnt Accounts
- Daily updates.
- Highest Quality Ever Seen

- We're not resellers of somebody else's - that's why all stuff sold to you will stay only with you.

- Positioning to outgrow any other shop on the market, will always looking for new good sellers to join our team

**Account List That Are In Shop:**

-Alibaba
-AliExpress
-Amazon
-Apple
-Choice Hotels
-Craiglist
-Dell
-Discover Account
-eBay
-eHarmony
-FedEx
-Hacked Emails (will be replaced for British Airline Accounts)
-Macys
-Marriott
-Match
-Newegg
-Paypal
-Target
-Turbo Tax
-Uber
-UPS
-Walmart

**Creditcards:**

-Visa
-Mastercard
-Amex
-Discover

**Fullz:**

We got fresh fullz and we are testing this to see if peoples are in need of them otherwise we t[h]row them out if we dont get sales on this ofcourse.

**Dumps**

We got fresh skimmed Dumps and we are testing this to see if peoples are in need of them otherwise we t[h]row them out if we dont get sales on this of course.

47. On or about June 23, 2015, ADELEKE advertised the following on his FaceBook page:

Message me now if you are from ABH or any forum like big russian forums etc, got a job for you :) thanks admin of shad0w.info.

48. On or about August 14, 2015, ADELEKE and HARLOW had the following conversation:

| HARLOW | What's up bae |
| ADELEKE | how much u did ? |
| HARLOW | The one that went through? |
| ADELEKE | yes |
| HARLOW | 330 I think |
| ADELEKE | same thing as mine ? |
| ADELEKE | i mean how much u did on urs |
| ADELEKE | what the name of the cc that work for u ? |
| ADELEKE | i want to check the bin |
| HARLOW | Oh! Hold on I have to go back through |
| HARLOW | [XXXXX] |
| ADELEKE | steakhouse gift card can be exchange ? |
| ADELEKE | hey |
| HARLOW | Yes. Look at coinstar kiosk website |
| ADELEKE | so means if i get steakhouse gift card u can exchange them to cash as well ? |

11

| ADELEKE | have u went to exchange the gf to cash ? |
|---|---|
| HARLOW | Yes. Not yet still waiting |
| HARLOW | I would need the actual card though |
| ADELEKE | Okay i got another 200$ new ready |
| ADELEKE | how much was the one i did yesterday ? |
| ADELEKE | i did 330 yesterday and i have another 200 means 530 :) |

49. On or about August 15, 2015, ADELEKE and HARLOW had the following conversation:

| ADELEKE | how was it ? |
|---|---|
| HARLOW | Trying now |
| ADELEKE | okay make it works :P |
| HARLOW | Lol did you get more? |
| ADELEKE | i stop only have 200$ more |
| ADELEKE | so my total is like 530 |
| HARLOW | Yeah. Remember they take a percentage |
| ADELEKE | I know |
| ADELEKE | hey |
| HARLOW | No luck. I'm still tryint |
| ADELEKE | what still the issue ? |
| HARLOW | Idk. I've called like twice but nothing. I have a new idea though |
| ADELEKE | what the new idea? |
| ADELEKE | so we not gonna be able to cash this ? |
| HARLOW | Take the giftcats and buy something for that price. Then go return it. No percent taken out |
| HARLOW | Still untraceable |
| ADELEKE | u will have to do that online ? |
| HARLOW | Yes and no. I can buy it at the store with the egift card or online and pick it up |
| ADELEKE | Okay try with us but that gonna take long time |
| ADELEKE | not gonna be fast :( |
| ADELEKE | so when u return it they give u the cash ? |
| HARLOW | No. If I get the egift cards at night I can do it and have it done that day |
| HARLOW | Yes I do believe so |
| ADELEKE | Oh you want to use the gift card to get physical egift card and do store pick up and exchange that for cash ? |
| ADELEKE | ok do it now with urs first and tomorrow tell me how it goes. |
| HARLOW | Okay hun |

50. On or about August 17, 2015, ADELEKE and HARLOW had the following conversation:

12

| ADELEKE | i just card 6 itunes 25 gift card with the 200 walmart gc i had |
|---|---|
| HARLOW | Sorry was on the phone |
| HARLOW | They said the order was cancelled so they cancelled the gc |
| ADELEKE | how come mine was not cancelled? |
| ADELEKE | and why is it only mine that was cancelled? |
| HARLOW | No no, the 330 one or whatever |
| HARLOW | Idk. Maybe the cc owner called? Idk bae all I did was call and ask |
| ADELEKE | this is first time this kind of thing happening to me since i have been into carding for long |
| ADELEKE | but it's cool |
| HARLOW | I had to pretend I was that girl, emy or something. They asked if I wanted to make another order and I said no |
| HARLOW | Give me an email to send those gcs |

51. On or about August 22, 2015, ADELEKE sent a FaceBook message to CC3 stating, "I do spam for bank logins and i do bank transfer as well."

52. On or about August 22, 2015, ADELEKE and HARLOW had the following conversation:

| ADELEKE | Am sending two laptops to your address and would need you to reship it to someone in USA |
|---|---|
| HARLOW | Okay |
| ADELEKE | Can you do that or not ? |
| HARLOW | Yeah probably |

53. Later that same day, ADELEKE and HARLOW continued the above conversation as follows:

| ADELEKE | Guess I can now ship over 40 laptops to ur address lol |
|---|---|
| ADELEKE | Already shipped 4 will arrive on Tuesdays |
| ADELEKE | Tuesday |
| ADELEKE | If you handle the shipment we will ride a good horse |
| ADELEKE | I will card more then you sell it |
| ADELEKE | But want ya to ship some down to my local drop before I can start so that I can trust u |
| HARLOW | The fact that you think you can't trust me is degrading but okay. I'm going to have to card some walmart gfcs so I have some caah |
| HARLOW | Cash** |
| HARLOW | Cash to atleast send them out |
| ADELEKE | Am not downgrading you! I know u can't mess with me but remember u never work on any shipment for me! More reason why I think u can't do it |

13

|  | so you need to confuse me on that side! Beside when the 4 arrives you can sell 1 to have the rest shipped |
|---|---|
| HARLOW | What kind of laptops are they ? |
| ADELEKE | dell laptops |
| HARLOW | How much each? |
| ADELEKE | all over 600$ |
| HARLOW | Ok hun |

54. On or about August 23, 2015, ADELEKE sent a FaceBook message to CC3, containing login credentials to a Chase bank account for E.C., a resident of The Bronx, New York.

55. On or about August 24, 2015, ADELEKE sent a FaceBook message to CC3 containing bank credentials and personal identifying information for the Kiwanis Club of Vashon Island, Vashon, Washington, and D.R.K. a resident of St. Augustine, Florida.

56. On or about August 24, 2015, ADELEKE told HARLOW that he was "trying to make 50K from carding" so he was going to send her "over 50" laptops. HARLOW responded, "well make sure I will be home. I didn't know you were carding these or else I would've stayed home."

57. On or about August 24, 2015, HARLOW received at her residence in Pennsylvania four Dell computers purchased by ADELEKE.

58. On or about August 25, 2015, HARLOW and ADELEKE had the following conversation concerning the Dell computers:

| ADELEKE | Do you have box to pack it yet ? |
|---|---|
| ADELEKE | Wanted to give u cc before |
| ADELEKE | Since ya said ya want to do Carding tonight |
| ADELEKE | Guess it would be tomorrow night then |
| HARLOW | Yes I got a big box. Will pack it in the morning. And that's fine. I can wait till tmm. Plan on really big carding next couple daya |
| HARLOW | Days |

59. On or about August 28, 2015, ADELEKE sent a FaceBook message to CC3, containing bank credentials and personal identifying information for S.A.V. a resident of San Bernadino, California.

60. On or about August 25, 2015, HARLOW and ADELEKE had the following conversation:

| ADELEKE | u have boa drop ? |
|---|---|
| HARLOW | Nope |
| HARLOW | Did you get new cc? |
| ADELEKE | We have cc but we need to pass them through checker. my partner is sick. he is at hospital |
| ADELEKE | so we waiting for him |

61. On or about August 31, 2015, ADELEKE and HARLOW had the following conversation:

| ADELEKE | i will send a cc to ur icq |
|---|---|
| ADELEKE | it live u can try |
| ADELEKE | or should i send here? |
| HARLOW | Send to my icq. I need to make some $$ tonight for [HARLOW's relative] |

62. On or about September 29, 2015, HARLOW and CC4 had the following conversation:

| HARLOW | I figured how to sol[ve] your problems |
|---|---|
| HARLOW | Easy and quick |
| CC4 | How |

15

| HARLOW | Paypal. Did it myself last night. Made 350 in an hr |
| --- | --- |
| HARLOW | Exactly. All I need you to do it make a new one. Also sign up for Google wallet and request the card |
| CC4 | Alright |
| HARLOW | Helping me get our bakery up. I've been working on this PayPal thing for a while and I wanted to surprise you with it. Today I just actually tried my idea out and it works flawlessly |
| HARLOW | I know the beginning and I know that you're kind of skeptical but if all works out this will take care of us until we open our business |
| CC4 | That would be Fuckin awesome!! |
| HARLOW | Agreed!! From what I know our limit for a day would be 3500 and with Google Wallet we can instantly cash it out so no more waiting no more freezing of the account it would be ours that day |
| HARLOW | I've done a lot of research in this because I know that you need it as do I and I am extremely happy that it worked at today |

63. On or about October 13, 2015, ADELEKE, using a Facebook account under the name "Puri Johannes," sent a message to CC3 containing bank credentials and personal identifying information for L.C.S., a resident of Los Angeles, California.

64. On or about October 15, 2015, ADELEKE, using a Facebook account under the name "Puri Johannes," sent a message to CC3 containing bank credentials and personal identifying information for T.S., a resident of Sheffield Lake, Ohio.

65. On or about November 2, 2015, ADELEKE, using a Facebook account under the name "Puri Johannes," sent a message to CC3 containing bank credentials and personal identifying information for B.P., a resident of Sylvania, Ohio.

66. From on or about May 13, 2015 through at least October 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, the Defendants did offer for sale stolen and unauthorized PayPal credentials linked to credit card and bank accounts that were issued by financial institutions located in and to individuals in the Northern District of Ohio, as listed below, for the purpose of subsequently using the credit card and bank account numbers to conduct fraudulent and unauthorized transactions:

|   | Victim and location | Financial Institution | Account Ending in |
|---|---|---|---|
| a. | M.N.<br>North Royalton, OH | Citibank | X-4955 |
| b. | M.N.<br>North Royalton, OH | UMB Bank | X-8215 |
| c. | T.M.<br>North Ridgeville, OH | Huntington National Bank | X-5343 |
| d. | T.M.<br>North Ridgeville, OH | J.P. Morgan Chase | X-7003 |
| e. | T.M.<br>North Ridgeville, OH | Key Bank | X-7931 |
| f. | K.N.<br>Avon, OH | J.P. Morgan Chase | X-2752 |
| g. | K.N.<br>Avon, OH | J.P. Morgan Chase | X-6432 |
| h. | M.C.<br>Lakewood, OH | J.P. Morgan Chase | X-1466 |
| i. | K.R.<br>Parma, OH | Fifth Third Bank | X-2330 |
| j. | K.R.<br>Parma, OH | Fifth Third Bank | X-4844 |
| k. | K.R.<br>Parma, OH | Capital One Bank | X-9603 |
| l. | K.A.<br>Denver, CO | Key Bank | X-8398 |
| m. | L.M.<br>Medina, OH | First Merit Bank | X-2844 |
| n. | L.M.<br>Medina, OH | First Merit Bank | X-2128 |
| o. | J.J.<br>McClure, OH | WoodForest National Bank | X-3448 |

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2 – 17
(Bank Fraud, 18 U.S.C. § 1344)

The Grand Jury further charges:

67. The factual allegations of Paragraphs 1 – 22 and 36 – 66 of this Indictment are hereby repeated, re-alleged and incorporated by reference as if fully set forth here.

68. From in or around January 2014 and continuing through in or around October 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants BLESSING ADELEKE, aka BLESSING RAYMOND, aka PURI JOHANNES, aka DetectedBits, aka DetecteD, aka D, KYLIE ANN HARLOW, and others presently known and unknown to the Grand Jury having devised and intended to devise a scheme and artifice to defraud a financial institution, as that term is defined in Title 18, United States Code, Section 20 and as listed below, and to obtain monies and funds in the custody and control of the below financial institutions by means of material false and fraudulent pretenses, representations and promises, namely, the scheme and artifice described above in Paragraphs 22, 25 – 34 and 36 – 66 of this Indictment, well knowing at the time that the pretenses, representations and promises would be and were false and fraudulent when made, did knowingly execute and attempt to execute the foregoing scheme and artifice by gaining access to W.C.M.'s online bank account and causing, and attempting to cause, the transfer of funds described below with each access, transfer and attempted transfer being a separate count as set forth below:

| Count | Approximate Date | Financial Institution | Description |
|---|---|---|---|
| 2 | June 8, 2015 | KeyBank | $1,000 check issued to HARLOW |
| 3 | June 8, 2015 | KeyBank | $1,300 check issued to HARLOW |
| 4 | June 8, 2015 | KeyBank | $1,300 check issued to CC4 |
| 5 | June 8, 2015 | KeyBank | $1,100 check issued to CC4 |
| 6 | June 8, 2015 | KeyBank | $1,100 check issued to CC5 |
| 7 | June 8, 2015 | KeyBank | $1,300 check issued to CC5 |
| 8 | June 8, 2015 | KeyBank | $1,240 check issued to CC6 |
| 9 | June 8, 2015 | KeyBank | $1,040 check issued to CC6 |

| 10 | June 8, 2015 | KeyBank | $1,300 check issued to CC7 |
| 11 | June 8, 2015 | KeyBank | $1,100 check issued to CC7 |
| 12 | June 8, 2015 | KeyBank | $1,300 check issued to CC8 |
| 13 | June 8, 2015 | KeyBank | $1,300 check issued to CC9 |
| 14 | June 8, 2015 | KeyBank | $1,100 check issued to CC9 |
| 15 | June 8, 2015 | KeyBank | $1,300 check issued to CC10 |
| 16 | June 8, 2015 | KeyBank | $1,100 check issued to CC11 |
| 17 | June 8, 2015 | KeyBank | $1,300 check issued to CC11 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.